

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2023

No. 04-23-00215-CR

**IN RE** Edwin Abiel **ESCOBAR AGUILAR**

Original Proceeding[1]

**ORDER**

On March 7, 2023, relator filed a petition for writ of mandamus and an emergency motion for stay. Because relator has obtained the requested relief, the petition for writ of mandamus is **DISMISSED** as moot. *See* TEX. R. APP. P. 52.8(a). The stay imposed on March 8, 2023 is **LIFTED**.

It is so **ORDERED** on April 19, 2023.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 13321CR, styled *State of Texas v. Edwin Abiel Escobar Aguilar*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.